[No. 2854-1.   Division One.   December 23, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOSEPH PELLEGRINI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65934, Edward E. Henry, J., entered February 20, 1974. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Farris, J.

[No. 2211-1.   Division One.   December 23, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL O. HOUGARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 57224, Jerome M. Johnson, J., entered March 29, 1973. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Farris and Williams, JJ.

[No. 1039-3.   Division Three.   December 24, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK FOTE FLAMBOURAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21233, Ralph E. Foley, J., entered November 30, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 1129-2.   Division Two.   December 31, 1974.]

UNITED FARM AGENCY, INC., *Respondent*, v. FRANCIS A. GORE, JR., *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 20048, Joseph H. Johnston, J., entered March 19, 1973. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.